No. 87–1285.  UDOLF v. PLAN AND ZONING COMMISSION OF THE TOWN OF WEST HARTFORD ET AL.  Appeal from Super. Ct. Conn., Hartford/New Britain Jud. Dist., dismissed under this Court's Rule 53.